IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY RAKERS,<br><br>Plaintiff,<br><br>v.<br><br>YODER'S RESTAURANT, INC., d/b/a AMERICAN BAR AND GRILL,<br><br>Defendant. | CIVIL ACTION<br>NO. 23-666 |
| BRITTANY RAKERS,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN H. ROTHFUS<br><br>Defendant. | CIVIL ACTION<br>NO. 23-784 |

## ORDER

**AND NOW**, this 4th day of May, 2023, after a Rule 16 conference with counsel held in the above-captioned matters, it is hereby **ORDERED** as follows:

1. The matter of *Brittany Rakers v. Yoder's Restaurant, Inc., d/b/a American Bar and Grill*, No. 23-666, and the matter of *Brittany Rakers v. Kathleen H. Rothfus,* No. 23-784, are hereby consolidated for all purposes, including trial;

2. The matter of *Brittany Rakers v. Yoder's Restaurant, Inc., d/b/a American Bar and Grill*, No. 23-666, shall be captioned as the lead matter;

    3.    All discovery shall be completed by September 3, 2023; and

    4.    A telephone status conference shall be held on August 23, 2023, at 11:00 a.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.